<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7650**

---

In Re: STANLEY LORENZO WILLIAMS,

Petitioner.

---

On Petition for Writ of Mandamus.  (CA-00-326)

---

Submitted:  January 18, 2001          Decided:  January 25, 2001

---

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Stanley Lorenzo Williams, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stanley Lorenzo Williams petitions for a writ of mandamus alleging undue delay by the district court in ruling on his pending 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) petition. A writ of mandamus is a drastic remedy and should be granted only in those extraordinary situations when no other remedy is available. See In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Because there has been recent significant action in the district court, including the referral to the magistrate judge of a motion for summary judgment, we find that there has been no undue delay, and Williams is not entitled to the relief he seeks. Accordingly, although we grant Williams' motion for leave to proceed in forma pauperis, we deny mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2